## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANDREW K. BONNER, JR., | Civil Action No. |
| *Plaintiff*, | 3:19-cv-20135 (PGS) (LHG) |
| v. | **ORDER** |
| JUSTIA INCORPORATED, | |
| *Defendant*. | |

**WHEREAS**, this matter comes before the Court on Defendant Justia Inc.'s ("Defendant") motion to dismiss Plaintiff Andrew K Bonner, Jr.'s ("Plaintiff") complaint for failure state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 5), and Plaintiff's motion to withdraw the complaint (ECF No. 6); and

**WHEREAS**, the complaint fails to comply with Fed. R. Civ. P. 8(a)(2), which requires that a pleading contain "a short and plain statement of the claim showing that the pleader is entitled to relief"; and

**WHEREAS**, in any event, the doctrine of *res judicata* precludes Plaintiff's complaint because: (1) there has been a final judgment on the merits in a prior action captioned *Andrew K. Bonner, Jr. v. Justia Incorporated, et al.*, 18-cv-9187 (PGS) (LHG) (hereinafter, the "Prior Action"); (2) that involved the same parties (Mr. Bonner and Justia); and (3) the instant action appears to be a continuation of the same controversy regarding the publication of a legal opinion on Justia.com adjudicated in the Prior Action, *see In re Mullarkey*, 536 F.3d 215, 225 (3d Cir. 2008); and

WHEREAS, the Court having fully considered the submissions of the parties; and for good cause shown;

IT IS on this __6__ day of January, 2020,

ORDERED that Plaintiff's motion to withdraw the complaint (ECF No. 6) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**; and it is further

ORDERED that Defendant's motion to dismiss (ECF No. 5) is **DENIED** as moot; and it is further

ORDERED that the Clerk of Court is directed to close this case; and it is further

ORDERED that the Clerk of Court is directed to mail a copy of this Order to Mr. Bonner.

_____
PETER G. SHERIDAN, U.S.D.J.

2